

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-19-00827-CV

Les Griffin and Molly **GRIFFIN,**
Appellant

v.

**PST INVESTMENT GROUP, LLC,**
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 19541C
Honorable Susan Harris, Judge Presiding

## O R D E R

Appellants appeal from a final judgment of possession. The clerk's record has been filed but the reporter's record has not been filed. In response to a notice from the clerk of this court stating the reporter's record is late, the court reporter filed a notification of late record stating the appellants have not requested preparation of the reporter's record. *See* TEX. R. APP. P. 34.6(b). Accordingly, it is ORDERED that appellants submit written proof that the reporter's record has been requested and designated in accordance with Rule 34.6(b) **within ten (10) days** from the date of this order. *See id.* If appellants fail to respond, the court will issue an order setting the deadline for filing the appellants' brief and will only consider those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). The clerk's record indicates that appellants are presumed indigent and are entitled to proceed without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1); TEX. R. CIV. P. 145.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court